This is for Case No. CV-22-32-Bu-Bmm-JTJ

Plaintiff is Lee L. Lopez

JAN 03 2023
Clerk, U.S. Courts
District of Montana
Missoula Division

Defendants are Mark Johnson and Ed Lester

Thank You for doing this.

Sincerly

Lee Lopez

Under 28 USC 1746 I declare as follow,

The court has asked the Plaintiff how he was able to relieve himself while in Ad-Seg. Some times when the Plaintiff asked to use the restroom the Plaintiff was taken to a restroom to relieve himself. When a certain gaurd was on, Officer/Gaurd Robinson, the plaintiff would ask but was never taken to relieve himself. The Plaintiff would relieve himself in his 6 oz. drinking cup to relieve pressure and to avoid urinating on himself. The Plaintiff would wait for hours until the shift Sgt. Gaurdipi was around, then taken to the restroom. The Plaintiff was never given a clean cup to drink out of when requested. The Plaintiff would rinse out his cup and continue to use it. Thus violating 8th Amendment and 14th Amendment. During meals there was something to drink, milk, coffee.

There was no part of the jail that was sectioned out for Ad-Seg. Inmates, like the Plaintiff was put into a cell in Booking area. The BSB Detention Center did not accomodate for Ad-Seg. or Medical, a disciplenary Pod for females, so everybody was stuck downstairs in booking. There is only 4 cells for the mens dicsiplenary Pod. The Plaintiff was locked down all day. Thus violating 8th and 14th Admendment

Under the Penalty of Perjury I declare the forgoing information above is true and correct.

December 27, 2022

Lee L. Lopez

*Lee L. Lopez*